## JOB RAMSEY v. THOMASON HARDWOOD LUMBER COMPANY, INCORPORATED.

(Filed 7 December, 1932.)

APPEAL by defendant from *Moore, J.,* at August Term, 1932, of YANCEY. Affirmed.

*Charles Hutchins and Watson & Fouts for plaintiff.*
*O. B. Crowell for defendant.*

PER CURIAM. In the Superior Court the plaintiff recovered judgment against the defendant for breach of contract. Afterwards the defendant made a motion to set aside the judgment for excusable neglect. Affidavits were filed and considered and Judge Moore held that the defendant's neglect was inexcusable, and in the exercise of his discretion he refused to set aside the judgment. The judgment of the Superior Court is
Affirmed.